of signature; (5) motion to dissolve injunction; (6) motion for notice by publication; (7) affidavit of non-residence; (8) proof of publication; (9) receipt for costs of publication; (10) motion to take bill as confessed; (11) demurrer to bill; (12) motion to set demurrer for argument; (13) motion to take bill as confessed; (14) decree signed by two of the judges; (15) writ of fi. fa. for costs.
*Chancery Case* 86 of 1827.

## GABRIEL GODFROY *versus* AUGUSTIN (FINON) LAFOY AND LAMBERT LAFOY.

JOURNAL ENTRIES (1827–33): *Journal 4:* (1) Death suggested *p. 127; (2) continued *p. 142; (3) death suggested *p. 222; (4) attorney substituted, continued *p. 274; (5) continued *p. 332; (6) continued *p. 414; (7) motion for notice to administratrix and husband to make themselves parties *p. 439; (8) notice to administratrix and husband ordered issued *p. 443; (9) appearance of administratrix and husband entered, motion for leave to withdraw plea *p. 481; (10) leave to withdraw plea denied, venire facias ordered issued *p. 510; (11) jury trial *p. 514; (12) verdict *p. 516; (13) motion for judgment *p. 519; (14) motion for new trial argued, submitted *p. 530; (15) motion for new trial overruled *p. 538; (16) judgment *p. 542.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration, plea of non assumpsit; (4) motion for notice to administratrix and husband; (5) notice to administratrix and husband; (6) motion for venire facias; (7) writ of venire facias and return; (8–9) subpoenas; (10) verdict; (11) assignment of judgment; (12) statement of amounts which ought to be credited on judgment; (13) notice of assignment of judgment.
*1824–36 Calendar*, MS p. 76.

## DAVID C. McKINSTRY *versus* THOMAS LEE.

JOURNAL ENTRIES (1827–28): *Journal 4:* (1) Motion to dissolve injunction and to dismiss bill *p. 126; (2) injunction dissolved, bill dismissed *p. 161.
PAPERS IN FILE: (1) Bill of complaint, fiat for injunction; (2) recognizance for injunction; (3) writ of injunction and return; (4) affidavits of William Diehl and Thomas Lee; (5) motion to dissolve injunction and to dismiss bill; (6) writ of fi. fa. for costs.
*Chancery Case* 82 of 1827.

## GABRIEL GODFROY, JR. *versus* ELIZABETH ROBIDOUX, WILLIAM G. TAYLOR, AND ELIAS S. SWAN.

JOURNAL ENTRIES (1827–30): *Journal 4:* (1) Motion to dissolve injunction and to dismiss bill *p. 126; (2) rule to plead, answer, or demur; copy of rule ordered published *p. 144; (3) motion for leave to demur, motion to take bill as confessed *p. 175; (4) appearance, demurrer filed, bill taken as confessed, demurrer set for argument, continued *p. 216; (5) demurrer argued *p. 292; (6) demurrer argued, submitted *p. 294; (7) demurrer overruled *p. 305; (8) motion to take bill as confessed *p. 318; (9) bill taken as confessed *p. 322; (10) decree *p. 369.
PAPERS IN FILE: (1) Bill of complaint, fiat for injunction; (2) recognizance for injunction; (3) writ of subpoena and return; (4) receipt, proof

## GILBERT BAGNELL *versus* JAMES L. MAY.

JOURNAL ENTRIES (1827–28): *Journal 4:* (1) Rule to amend return to certiorari *p. 128; (2) argued, submitted *p. 194; (3) judgment reversed *p. 197.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allocatur; (2) writ of certiorari; (3) return to certiorari, further return; (4) copy of affidavit for certiorari; (5–6) motions for rule on justice to amend return; (7) assignment of errors, joinder; (8) memo. of authorities; (9) writ of fi. fa. for costs; (10) alias fi. fa. for costs.
*1824–36 Calendar*, MS p. 136. Recorded in *Book C*, pp. 147–50.